**Motion Granted and Order filed April 2, 2015.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-15-00021-CV**
_____

**IN THE MATTER OF THE MARRIAGE OF CLINTON BOWERS AND BARBARA BOWERS, Appellant**

**V.**

**, Appellee**

---

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 320200300**

---

## O R D E R

A portion of the reporter's record has not been filed in this case. The substitute court reporter, Becky Serrato, informed this court that appellant had not made arrangements for payment for her portion of the reporter's record. On February 11, 2015, the clerk of this court notified appellant that we would consider and decide those issues that do not require that portion of the reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant did not provide this court with proof of payment for the record.

On March 19, 2015, appellant filed a request for extension of time to file his brief. The motion is granted. Appellant's brief is to be filed in this court within thirty days of the date of this order..


PER CURIAM